UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAMYAA ALHUSSEIN,<br><br>               Plaintiff,<br>   v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>               Defendant. | CASE NO. 2:23-cv-01644-TL<br><br>ORDER OF DISMISSAL |

On October 27, 2023, Plaintiff filed an application to proceed *in forma pauperis* ("IFP") in this action. Dkt. No. 1. On November 3, Plaintiff's application for IFP status was granted (Dkt. No. 5), and her Complaint was filed on the docket (Dkt. No. 6). On December 6, Plaintiff filed a Motion to Appoint Counsel. Dkt. No. 8. On January 3, 2024, the Court entered an Order dismissing the Complaint per 28 U.S.C. § 1915(e)(2)(B)(ii) for failing to state a plausible claim, denied the motion to appoint counsel as moot, and granted Plaintiff leave to file an amended complaint by no later than Friday, February 2, 2024. Dkt. No. 9. In its Order, the Court informed

1  Plaintiff that her failure to "file an amended complaint by the deadline . . . [would require the
2  Court to] dismiss this case in its entirety." *Id.* at 2. To date, Plaintiff has not filed an amended
3  complaint nor otherwise made any attempt to litigate this matter. The Court therefore ORDERS
4  this case DISMISSED without prejudice. Judgment shall be entered consistent with this Order.
5        Dated this 12th day of March 2024.

Tana Lin
United States District Judge

ORDER OF DISMISSAL - 2